# WL | Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

September 20, 2022

**VIA ECF**
The Honorable Judge John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                **Re:**    *United States* **v.** *Peralta, et al. 22-cr-00150-JPC*

Dear Judge Cronan:

      I represent Andre Delacruz in the above referenced Indictment and cannot appear for Mr. Delacruz for the September 21, 2022 court conference, as I am currently engaged on a jury trial before Hon. Hector Gonzalez in the U.S. District Court, Eastern District of New York on the matter of *US v. Anthony Zottola et al (18-cr-00609-HG)*.

      I respectfully request that the Court allow my colleague and co-counsel Michael Hueston to stand in my place for the September 21 court conference. My client, Mr. Delacruz, consents to Mr. Hueston appearing on my behalf. I have alerted counsel for the government that I am engaged on trial and cannot appear for the September 21 court conference. To the extent it is necessary, I also consent to the exclusion of time pursuant to the Speedy Trial Act.

                                                                   Sincerely,
                                                                  /s/
                                                               Christopher Wright

      cc: Brandon Douglas Harper
           Assistant United States Attorney