# WL | Wright Law
## ATTORNEY AT LAW

**299 B**ROADWAY**, S**UITE **708**
**N**EW **Y**ORK**, NY 10007**
**O**FFICE **(212) 822-1419 • F**ACSIMILE **(212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

September 20, 2022

**VIA ECF**
The Honorable Judge John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States* **v.** *Peralta, et al. 22-cr-00150-JPC*

Dear Judge Cronan:

I represent Andre Delacruz in the above referenced Indictment and cannot appear for Mr. Delacruz for the September 21, 2022 court conference, as I am currently engaged on a jury trial before Hon. Hector Gonzalez in the U.S. District Court, Eastern District of New York on the matter of *US v. Anthony Zottola et al (18-cr-00609-HG)*.

I respectfully request that the Court allow my colleague and co-counsel Michael Hueston to stand in my place for the September 21 court conference. My client, Mr. Delacruz, consents to Mr. Hueston appearing on my behalf. I have alerted counsel for the government that I am engaged on trial and cannot appear for the September 21 court conference. To the extent it is necessary, I also consent to the exclusion of time pursuant to the Speedy Trial Act.

Sincerely,
/s/
Christopher Wright

cc: Brandon Douglas Harper
Assistant United States Attorney

This request is granted.  Michael Hueston may appear on behalf of Mr. Andre Delacruz at the September 21, 2022 conference.

SO ORDERED.

September 20, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge