# WL| Wright Law
### ATTORNEY AT LAW

---

**299 Broadway, Suite 708**
**New York, NY 10007**
**Office (212) 822-1419 • Facsimile (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

February 15, 2023

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        **Re:** *United States* **v.** *Andre Delacruz, et al* **(22-cr-00150-JPC)**

Dear Judge Cronan,

    I represent Andre Delacruz in this Indictment and write today to respectfully request an adjournment of Mr. Delacruz's sentence which is currently scheduled for March 3, 2023. This is my first such request.

    I will be engaged on trial over the next few weeks including the sentence date of March 3, 2023, and would be unable to appear in court on that date. Consequently, I respectfully request a sentence date for Mr. Delacruz during the month of April, or a date thereafter that is most convenient for the Court.

    I have informed AUSA Samuel P. Rothschild about my scheduling conflict and the government graciously consents to this adjournment request.
.

                                                Sincerely,
                                                /s/
                                                Christopher Wright