# WL| Wright Law
## ATTORNEY AT LAW

---

**299 B**ROADWAY**, S**UITE **708**
**N**EW **Y**ORK**, NY 10007**
**O**FFICE **(212) 822-1419 • F**ACSIMILE **(212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

March 20, 2023

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        **Re:**   *United States* **v.** *Andre Delacruz, et al* **(22-cr-00150-JPC)**

Dear Judge Cronan,

    I represent Andre Delacruz in this Indictment and write today to respectfully request an adjournment of Mr. Delacruz's sentence which is currently scheduled for April 6, 2023.

    I have been engaged on trial preparation, in an unrelated case, over the last few weeks, and need more time to prepare Mr. Delacruz's sentencing memo. Furthermore, I erroneously booked a family vacation that overlaps with the sentence date of April 6, 2023.

    Consequently, I respectfully request a sentence date for Mr. Delacruz toward the end of April or in early May. I have informed AUSA Samuel P. Rothschild about my scheduling conflict and the government graciously consents to this adjournment request.
.

                        Sincerely,
                        /s/
                        Christopher Wright

---

The request is granted. Defendant Delacruz's sentencing hearing is adjourned to April 25, 2023, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

March 21, 2023
New York, New York

                        _____
                        JOHN P. CRONAN
                        United States District Judge