# WL| Wright Law
## ATTORNEY AT LAW

---

299 Broadway, Suite 708
New York, NY 10007
Office (212) 822-1419 • Facsimile (212) 822-1463
wrightlawnyc@gmail.com
www.wrightlaw.nyc

May 17, 2023

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                **Re:**    *United States* **v.** *Andre Delacruz (22-CR-150 JPC)*

Dear Judge Cronan,

      I represent Andre Delacruz in this Indictment and write today to respectfully request a two-day extension for the submission of the defendant's sentencing memo. If the instant request is granted, the government requests a reciprocal two-day extension. Mr. Delacruz's sentence date is scheduled for June 1, 2023; with defense submission due May 18, 2023, and government submission due May 25, 2023.

      Mr. Delacruz's unit at Brooklyn MDC Jail has been under quarantine for a period of time prohibiting counsel visits, the quarantine is now concluded allowing again for counsel visits. I would like to review the sentencing memo with Mr. Delacruz prior to filing the memo and cannot meet with him at the MDC jail until this Friday evening.

      I therefore respectfully request that the Court allow the defense to file its sentencing memo on May 20, 2023, and the government will file its sentencing memo on May 27, 2023. The parties are not requesting an adjournment of the June 1 sentencing date. The government graciously consents to the instant request.

The request is granted. The deadline for Defendant's sentencing submission is adjourned to May 20, 2023. The deadline for the Government's submission is adjourned to May 27, 2023.

SO ORDERED.

May 17, 2023
New York, New York

Sincerely,
/s/
Christopher Wright

_____
JOHN P. CRONAN
United States District Judge